# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128718

LINDA S. HARRIS,
      Plaintiff-Appellee,

v

DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128718
COA: 259415
WCAC: 03-000485

      On order of the Court, the application for leave to appeal the April 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

t1024

_____
Clerk